LP

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

v.                             :       CASE NO. 10-807

TAZMIN WILLIS                  :

ORDER

AND NOW, this 18th day of January 2011, it is hereby

ORDERED

that the Warden of Curran Fromhold Correctional Facility and Federal Bureau of Investigation Special Agent Scott Baber produce the body of Tazmin Willis, Inmate No. 992186, on Monday, January 31, 2011, before the Honorable M. Faith Angell, United States Magistrate Judge, for an initial appearance on the Indictment returned on December 17, 2010.

BY THE COURT:

_____
LOUIS H. POLLAK
*United States District Court Judge*

FILED
JAN 20 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

2 cc: U.S. Marshal

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 10-807 |
| TAZMIN WILLIS | : | |

**FILED**
JAN 2 0 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

AND NOW COMES the United States of America, by its attorneys, and avers as follows:

1. Tazmin Willis, Inmate No. 992186, is a state prisoner presently incarcerated at Curran Fromhold Correctional Facility.

2. Tazmin Willis, Inmate No. 992186, is needed on Monday, January 31, 2011 for an initial appearance on the Indictment returned on December 17, 2010.

WHEREFORE, your petitioner prays this Honorable Court for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of Curran Fromhold Correctional Facility and Federal Bureau of Investigation Special Agent Scott Baber, requiring them to produce the above-named prisoner on Monday, January 31, 2011 for an initial appearance on the Indictment.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

NEUMAN LEVERETT
Assistant United States Attorney